IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )       4:03CR3147
                               )
     v.                        )
                               )
MIKE GUTIERREZ,                )       ORDER
                               )
          Defendant.           )
_____)
```

Pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 116),

IT IS ORDERED that resentencing is scheduled for:

**Friday, May 26, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant shall be present.

DATED this 12th day of April, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court