IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3147 |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to continue sentencing (Filing No. 120). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED the motion to continue sentencing is granted; sentencing is rescheduled for:

**Tuesday, June 20, 2006, at 8:15 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court