IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3147 |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's application to proceed without prepayment of fees and affidavit (Filing No. 124).  The Court finds said application should be granted.  Accordingly,

IT IS ORDERED that defendant's application to proceed on appeal without prepayment of fees is granted.

DATED this 22nd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court