IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       4:03CR3147
                                )
      v.                        )
                                )
MIKE GUTIERREZ,                 )       ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for reconsideration (Filing No. 128). The Court has reviewed said motion and finds it should be denied. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration is denied.

DATED this 26th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court